1 | McGREGOR W. SCOTT
United States Attorney
2 | KIMBERLY A. KELLY
Assistant U.S. Attorneys
3 | 3654 Federal Building
1130 "O" Street
4 | Fresno, California  93721
Telephone:  (559) 498-7272
5 |



FILED

JUN 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6 | IN THE UNITED STATES DISTRICT COURT FOR THE

7 | EASTERN DISTRICT OF CALIFORNIA

8 |

9 | UNITED STATES OF AMERICA,            )      1:06-CR-00196 AWI
                                       )
10 |              Plaintiff,            )
                                       )
11 |         v.                         )      REQUEST BY THE UNITED
                                       )      STATES TO UNSEAL
12 | RYONTREASE HILL,                   )      INDICTMENT AS TO
                                       )      RYONTREASE HILL ONLY
13 |              Defendant.            )
     _____  )

14 |

15 |     Comes now the United States, by and through its attorneys of

16 | record, McGregor W. Scott, United States Attorney, and Kimberly

17 | A. Kelly, Assistant United States Attorney, and request leave of

18 | the Court to unseal the Criminal Indictment in the above-

19 | referenced matter as to **RYONTREASE HILL** only.

20 |

21 | DATED: June 14, 2006                 Respectfully submitted,

22 |                                      McGREGOR W. SCOTT
                                        United States Attorney
23 |

24 |                               By

     KIMBERLY A. KELLY
25 |                                      Assistant U.S. Attorney

26 | IT IS SO ORDERED:

27 | DATED: June 14, 2006

     Hon. LAWRENCE J. O'NEILL
28 |                                      U.S. Magistrate Judge

1