DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RYONTREASE HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00196 OWW |
| Plaintiff, | ORDER REGARDING APPEARANCE IN FRESNO COUNTY SUPERIOR COURT IN CASE NO. F06906657 |
| v. | |
| RYONTREASE HILL, | |
| Defendants. | Time:<br>Judge: Hon. Oliver W. Wanger |

On April 3, 2007, Ryontrease Hill was sentenced in the above-captioned case to a sentence of six months federal custody. Mr. Hill is currently under arrest in the pending State matter, People v. Rontrease Hill, Superior Court No. F06906657. There are further proceedings that will take place in that case, and the defendant's presence is needed in those State court proceedings.

///
///
///
///
///
///
///

1    **IT IS HEREBY ORDERED** that deputies of the Fresno County Sheriff's Office may take custody
2 of the defendant from day to day as is necessary to complete the proceedings in Case No. F06906657.
3        IT IS SO ORDERED.
4 **Dated:    April 12, 2007**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE